IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEANETTE BRUNKHORST,** | ) | CASE NO. 8:06CV579 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | RECUSAL ORDER |
| | ) | |
| **THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 28st day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge