IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
JEANETTE BRUNKHORST,            )
                                )
            Plaintiff,          )         8:06CV579
                                )
      v.                        )
                                )
THE GUARDIAN LIFE INSURANCE     )         ORDER
COMPANY OF AMERICA, an Iowa     )
corporation,                    )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the motion to withdraw (Filing No. 45) of the law firm of Woodke & Gibbons, P.C.  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the motion to withdraw is granted; the law firm of Woodke & Gibbons is deemed withdrawn as counsel for plaintiff.

DATED this 31st day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court