IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
JEANETTE BRUNKHORST,            )
                                )
          Plaintiff,            )          8:06CV579
                                )
     v.                         )
                                )
THE GUARDIAN LIFE INSURANCE     )          ORDER
COMPANY OF AMERICA, an Iowa     )
corporation,                    )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on the joint motion for enlargement of time (Filing No. 49). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The date for completion of discovery and depositions is extended to November 30, 2007.

2) The date for filing motions for summary judgment is extended to December 31, 2007.

3) The jury trial of this matter shall commence on:

**Monday, February 11, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, before the undersigned. In

all other respects, the order setting final schedule for progression of case (Filing No. 26) remain in full force and effect.

DATED this 3rd day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court