IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANETTE BRUNKHORST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV579 |
| | ) | |
| v. | ) | |
| | ) | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, an Iowa corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Matthew G. Miller to withdraw as counsel for plaintiff. The Court notes plaintiff has not responded to said motion. Accordingly,

IT IS ORDERED:

1) The clerk of court shall serve a copy of this order on plaintiff at 11714 Shirley Street, Omaha, Nebraska, 68144.

2) The plaintiff shall respond, in writing, on or before February 1, 2008, whether or not she has retained counsel or whether she intends to appear *pro se*. Failure to so advise the Court may result in dismissal of this action for failure to prosecute.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court