IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANETTE BRUNKHORST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV579 |
| | ) | |
| v. | ) | |
| | ) | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, an Iowa corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Matthew G. Miller to withdraw as counsel for plaintiff (Filing No. 52). The Court notes other counsel has entered an appearance. Accordingly,

IT IS ORDERED that said motion is granted; Matthew G. Miller is deemed withdrawn as counsel for plaintiff.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court