IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANETTE BRUNKHORST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV579 |
| | ) | |
| v. | ) | |
| | ) | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, an Iowa corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation for dismissal (Filing No. 74). Pursuant thereto,

IT IS ORDERED that the stipulation is approved and adopted. This action is dismissed with prejudice, each party to pay its own costs and attorney fees.

DATED this 7th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court